Rufus W. Pier, Respondent, *v.* William G. Smith et al., Appellants.

(Argued January 16, 1873; decided March term, 1873.)

Decided upon the facts in the case.

*Francis Kernan* for the appellants.

*W. F. Cogswell* for the respondent.

Earl, C., reads for reversal.
All concur.
Order reversed, and judgment of Special Term affirmed.

---

Louisa B. Kelley, Respondent, *v.* Obadiah Randolph, Appellant.

*J. R. Osburn* for the respondent.

Judgment affirmed by default.